STAYED

# U. S. District Court
# Eastern District of Louisiana (New Orleans)
# CIVIL DOCKET FOR CASE #: 2:08-cv-01121-MVL-DEK

Valence v. Jefferson Parish Hospital Service District No. 2 et al
Assigned to: Judge Mary Ann Vial Lemmon
Referred to: Magistrate Judge Daniel E. Knowles, III
Case in other court: 24th JDC, Jefferson Parish, 654-332 I
Cause: 28:1332 Diversity-Product Liability

Date Filed: 02/25/2008
Jury Demand: None
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Andy Valence** represented by **Gary William Bizal**
Pierce & Bizal
639 Loyola Ave.
Suite 1820
New Orleans, LA 70113
(504) 525-1328
Email: piblaw@bellsouth.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Jefferson Parish Hospital Service District No. 2**
*Parish of Jefferson, State of Louisiana doing business as*
East Jefferson General Hospital

represented by **Jacqueline Blankenship**
Chehardy,Sherman,Ellis,Murray,Recile,Griffith,Stakelum&Hayes

One Galleria Blvd.
Suite 1100
Metairie, LA 70001
504-833-5600
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen H. Shapiro**
Stephen H. Shapiro, Attorney at Law
200 Maine St.
Jefferson, LA 70121
504-309-8442
Email: shapesq1@cox.net
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **C.R. Bard, Inc.** | represented by | **James B. Irwin, V**<br>Irwin, Fritchie, Urquhart & Moore, LLC (New Orleans)<br>400 Poydras St.<br>Suite 2700<br>New Orleans, LA 70130<br>504-310-2100<br>Email: jirwin@irwinllc.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**David Michael Melancon**<br>Irwin, Fritchie, Urquhart & Moore, LLC (New Orleans)<br>400 Poydras St.<br>Suite 2700<br>New Orleans, LA 70130<br>504-310-2100<br>Email: dmelancon@irwinllc.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Davol Inc** | represented by | **James B. Irwin, V**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**David Michael Melancon**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Raymond DeCorte**<br><br>*Dr.* | represented by | **E. Paige Sensenbrenner**<br>Adams & Reese, LLP (New Orleans)<br>One Shell Square<br>701 Poydras St.<br>Suite 4500<br>New Orleans, LA 70139<br>504-581-3234<br>Email: paige.sensenbrenner@arlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Ron Ray Guzzetta**<br><br>*Dr.* | represented by | **E. Paige Sensenbrenner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 02/25/2008 | 1 | NOTICE OF REMOVAL from 24th JDC, Jefferson Parish, case number 654-332 I. ( Filing fee $ 350 ) filed by Davol Inc, C.R. Bard, Inc. (Attachments: # 1 Exhibit A, State Crt Petition, # 2 Exhibit B, # 3 Exhibit C, # 4 State Court Pleadings 1, # 5 State Court Pleadings 2, # 6 State Court Pleadings 3-a, # 7 State Court Pleadings 3-b, # 8 State Court Pleadings 4-a, # 9 State Court Pleadings 4-b, # 10 State Court Pleadings 5, # 11 State Court Pleadings 6, # 12 Civil Cover Sheet)(ecm, ) (Entered: 02/26/2008) |
| 02/26/2008 | 2 | Directive by the Clerk regarding compliance with 28:1447(b) re 1 Notice of Removal, filed by C.R. Bard, Inc., Davol Inc. (ecm, ) (Entered: 02/26/2008) |
| 03/03/2008 | 3 | Notice of Compliance by Davol Inc, C.R. Bard, Inc. re 2 Order. (Irwin, James) (Entered: 03/03/2008) |
| 03/05/2008 | 4 | EXPARTE/CONSENT MOTION for Extension of Time to Answer re 1 Notice of Removal,, by Davol Inc, C.R. Bard, Inc.. (Attachments: # 1 Proposed Order) (Irwin, James) (Entered: 03/05/2008) |
| 03/06/2008 | 5 | ORDER granting 4 Motion for Extension of Time to Answer re 1 Notice of Removal, and defendants C.R. Bard and Davol, Inc. are granted an extension of time within which to file responsive pleadings of 20 says from the signing of this order. Signed by Judge Mary Ann Vial Lemmon. (ijg, ) (Entered: 03/06/2008) |
| 03/20/2008 | 6 | MOTION to Stay by Davol Inc, C.R. Bard, Inc.. Motion Hearing set for 4/16/2008 10:00 AM before Judge Mary Ann Vial Lemmon. (Attachments: # 1 Exhibit A# 2 Notice of Hearing # 3 Proposed Order)(Irwin, James) (Entered: 03/20/2008) |
| 03/24/2008 | 7 | MOTION to Remand to State Court *Removed Action* by Andy Valence. Motion Hearing set for 4/16/2008 10:00 AM before Judge Mary Ann Vial Lemmon. (Attachments: # 1 Memorandum in Support # 2 Notice of Hearing)(Bizal, Gary) Modified on 3/25/2008 (ijg, ). (Entered: 03/24/2008) |
| 04/07/2008 | 8 | RESPONSE/MEMORANDUM in Opposition filed by Davol Inc, C.R. Bard, Inc. re 7 MOTION to Remand to State Court. (Irwin, James) (Entered: 04/07/2008) |
| 04/07/2008 | 9 | MEMORANDUM filed by Andy Valence re 6 MOTION to Stay. (Attachments: # 1 Exhibit II - RUle 7.4(c) Notice of Opposition# 2 Exhibit I - Motion and Brief to Vacate Conditional Transfer Order# 3 Exhibit Exhibit III - Letter from the Clerk of the Panel)(Bizal, Gary) (Entered: 04/07/2008) |
| 05/01/2008 | 10 | ORDER denying 7 Motion to Remand to State Court; granting 6 Motion to Stay until the MDL Panel decides on whether transfer is appropriate. Signed by Judge Mary Ann Vial Lemmon on 4/30/08. (gec, ) (Entered: 05/01/2008) |
| 06/06/2008 | 11 | TRANSFER ORDER WITH SIMULTANEOUS SEPARATION AND REMAND. Signed by Clerk, MDL Panel.(ijg, ) (Entered: 06/09/2008) |
| 06/10/2008 | 12 | TRANSFER ORDER WITH SIMULTANEOUS SEPARATION AND REMAND (Certified Copy). Signed by Clerk, MDL Panel.(ijg, ) (Additional attachment(s) added on 6/11/2008: # 1 Transfer Letter) (ijg, ). (Entered: 06/10/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/18/2008 14:41:20 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:08-cv-01121-MVL-DEK |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |